UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OLLIE PINKNEY,

           Plaintiff,

-vs-                                                Case No. 6:11-cv-241-Orl-19DAB

MAVERICK CONDOMINIUM
ASSOCIATION, INC.,

           Defendant.
_____

## ORDER

This case comes before the Court on the following:

1. Motion to Dismiss Plaintiff's Complaint by Defendant Maverick Condominium Association, Inc. (Doc. No. 11, filed Mar. 18, 2011); and

2. Response to Defendant's Motion to Dismiss by Plaintiff Ollie Pinkney (Doc. No. 13, filed Mar. 28, 2011).

On February 14, 2011, Pinkney filed a Complaint asserting claims of age and sex discrimination against her former employer, Maverick Condominium Association, Inc. ("Maverick"). (Doc. No. 1.) On March 18, 2011, Maverick moved to dismiss the Complaint for failure to state a claim upon which relief can be granted. (Doc. No. 11.) On March 28, 2011, Pinkney filed a Response stating that she had "no objection to the Complaint being dismissed without prejudice" and requesting leave to file an Amended Complaint. (Doc. No. 13 at 2.) Accordingly, the Motion to Dismiss will be granted as unopposed.

**Conclusion**

Based on the foregoing, it is **ORDERED** and **ADJUDGED** that the Motion to Dismiss Plaintiff's Complaint by Defendant Maverick Condominium Association, Inc. (Doc. No. 11) is **GRANTED**.  The Complaint (Doc. No. 1) is **DISMISSED without prejudice**.

Plaintiff has leave to file an Amended Complaint within fourteen (14) days from the date of filing of this Order.  If Plaintiff fails to timely submit an Amended Complaint, this case will be terminated and closed without further notice.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 31, 2011.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record